FILED

06 SEP 13 PM 12:51

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SMILLIE,<br><br>　　　　　　　Plaintiff,<br>vs.<br>TRAVELERS INSURANCE CO., et al.,<br><br>　　　　　　　Defendant. | CASE NO. 06CV944-H (CAB)<br><br>**ORDER RE CHANGE OF ADDRESS** |

On September 5, 2006, Plaintiff submitted an ex parte letter to the Clerk or Administrator of the Court requesting, among other things, a change of address and copies of the Court's most recent orders. Accordingly, the Court **ORDERS** the Clerk to change Plaintiff's address to 7558 W. Thunderbird Road, #1, Box 210, Peoria, AZ 85381. Additionally, the Court will provide Plaintiff with copies of its most recent orders. The Court notes that the parties may access the docket, which includes copies of every order filed by the Court, at any time through the Court's website at http://www.casd.uscourts.gov. Any further submissions by Plaintiff regarding this case should be directed to the Court and submitted in compliance with the Local Civil Rules.

IT IS SO ORDERED.

DATED: 9/13/06

　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

1  COPIES TO:
   Steven Scott Smillie
2  7558 W. Thunderbird Rd. #1, Box 210
   Peoria, AZ 85381
3
   Laura E. Hogan
4  Lindahl, Schnabel, Kardassakis & Beck LLP
   660 S. Figueroa Street, Suite 1500
5  Los Angeles, CA 90017-3457

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28