FILED

06 OCT 13 AM 9:10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SCOTT SMILLIE,<br><br>               Plaintiff,<br>vs.<br><br>TRAVELERS INSURANCE CO., et al.,<br><br>               Defendant. | CASE NO. 06CV944-H (CAB)<br><br>**ORDER TENTATIVELY GRANTING PLAINTIFF'S MOTION TO DISMISS SUBJECT TO FURTHER BRIEFING** |

      Plaintiff Steven Scott Smillie ("Plaintiff"), proceeding *pro se*, filed a complaint and a request for a temporary restraining order on April 25, 2006. (Doc. No. 1.) On the same day, Plaintiff filed a request for appointment of counsel. (Doc. No. 2.) The Court held a hearing on May 3, 2006, at which Plaintiff appeared telephonically for himself and Laura Hogan appeared for Defendant the Automobile Insurance Company of Connecticut ("AIC"). Subsequently, the Court denied Plaintiff's request for a temporary restraining order. (Doc. No. 9.) On May 5, 2006, the Court also denied Plaintiff's request for appointment of counsel. (Doc. No. 7.) The Court determined that Plaintiff could reasonably articulate his claims in light of the complexity of the case. (Id.) Additionally, at the hearing and in its order, the Court provided Plaintiff with the names of several attorneys and local bar associations which Plaintiff could contact to obtain representation. (Id.) On May 24, 2006, AIC filed a motion to dismiss. (Doc No. 11.) On August 1, 2006, the Court granted AIC's motion in part

and denied it in part and concluded that Plaintiff sufficiently stated a claim for breach of contract to survive AIC's motion. (Doc. No. 29.) In its order, the Court noted that AIC presented evidence that Plaintiff owned a residence in Peoria Arizona, had cashed checks issued to him by AIC, and was the beneficiary of a $2 million trust, the location of which was unknown, and thus had sufficient funds for his temporary living expenses. (Id.) On September 25, 2006, Plaintiff submitted a request to dismiss the case without prejudice. On October 5, 2006, AIC submitted a request for the opportunity to brief the issue of what conditions should be imposed upon the dismissal of the action pursuant to Fed. R. Civ. P. 41(a)(2). The Court is inclined to grant Plaintiff's request and dismiss the case without prejudice. With this in mind, the Court tentatively **GRANTS** Plaintiff's motion to dismiss the action without prejudice, subject to further briefing by AIC on the conditions of dismissal. AIC may file a brief on or before **October 18, 2006**. The Court will submit the matter on the papers without oral argument pursuant to Civil Local Rule 7.1(d)(1).

IT IS SO ORDERED.

Dated: 10-11-06

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
Steven Scott Smillie

7558 W. Thunderbird Road, Suite 1, Box 210
Peoria, AZ 85381

Travelers Insurance Co.
One Town Square
Hartford, Connecticut 06183